**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>OLEGARIO ATONDO-RENTERIA,<br>a.k.a. Olegario Renteria Atondo, a.k.a.<br>Atondo Renteria Olegario,<br><br>　　　　Defendant-Appellant. | No.　16-10022<br><br>D.C. No. 2:15-cr-01348-DJH<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Diane J. Humetewa, District Judge, Presiding

Submitted February 14, 2017[**]

Before:　GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

　Olegario Atondo-Renteria appeals from the district court's judgment and

challenges his guilty-plea conviction and 41-month sentence for reentry of a

removed alien, in violation of 8 U.S.C. § 1326.　Pursuant to *Anders v. California*,

　　　[*]　　This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

　　　[**]　　The panel unanimously concludes this case is suitable for decision
without oral argument.　*See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Atondo-Renteria's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Atondo-Renteria the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Atondo-Renteria waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**